IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KAREN JONES, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00543-MTT |
| | * | |
| SHIRLEY TROUTMAN et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk